IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JOHN BISH AND NANCY BISH; | ) | |
| Plaintiffs, | ) | 2:16-CV-01434-CRE |
| vs. | ) | |
| AMERICAN COLLECTORS INSURANCE, INC., AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AND; AND IRONSHORE INSURANCE SERVICES LLC, | ) | |
| Defendants, | ) | |

## ORDER

AND NOW, this 13th day of March, 2017, it is hereby ORDERED that defendants American Collectors Insurance, Inc. ("ACI") and American Bankers Insurance Company of Florida's ("ABI") (collectively "defendants") motion to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim [ECF No. 3] is GRANTED and plaintiffs' claims against ACI and ABI are dismissed with prejudice.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: *all registered counsel via CM-ECF*